IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01640-REB-MEH

PEAK BANKS OF COLORADO, INC., a Colorado corporation, and
THOMAS L. HARTLEY,

      Plaintiffs,

v.

OMAHA FINANCIAL HOLDINGS, INC., a Nebraska corporation,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2009.**

      The Joint Motion for Protective Order [filed September 17, 2009; docket #17] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.