IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01640-REB-MEH

PEAK BANKS OF COLORADO, INC., a Colorado corporation, and
THOMAS L. HARTLEY,

      Plaintiffs,

v.

OMAHA FINANCIAL HOLDINGS, INC., a Nebraska corporation,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2009.**

      The Amended Joint Motion for Protective Order [filed September 22, 2009; docket #20] is **granted**.  The Stipulated Protective Order is filed contemporaneously with this minute order.